**REQUIRED STATEMENT**
**TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY**

All Cases:  Debtor(s)  Christopher Kwan      Case No. 09 B 35920   Chapter 7

All Cases:  Moving Creditor   ONEWEST BANK FSB FKA INDYMAC BANK, F.S.B.      Date Case Filed 9/28/09

Nature of Relief Sought:  X  Lift Stay      ___ Annul Stay      ___ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed_____

Chapter 7:     ____ No-Asset Report filed on _____
               X   No-Asset Report not Filed, Date of Creditor's Meeting: 11/09/09

1. Collateral
   a. Home   X
   b. Car    ___        Year, Make and Model_____
   c. Other  _____

2. Balance Owed as of Petition Date: $548,592.49
   Total of all other Liens against Collateral:_____

3. In chapter 13 cases, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $547,892.49, per Foreclosure Sale.

5. Default
   a. ___ Pre-Petition Default
      Number of months _____   Amount $_____

   b. ___ Post-Petition Default
      i.  ___ On direct payments to the moving creditor
          Number of months _____   Amount _____
      ii. ___ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount _____

6. Other Allegations
   a. ___ Lack of Adequate Protection § 362(d)(1)
      i.   ___ No insurance
      ii.  ___ Taxes unpaid     Amount _____
      iii. ___ Rapidly depreciating asset
      iv.  ___ Other (describe)_____

   b. X  No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ___ Other "Cause" § 362(d)(1)
      i.   ___ Bad faith (describe) _____
      ii.  ___ Multiple filings
      iii. ___ Other (describe)_____

   d. Debtor's Statement of Intention regarding the Collateral
      i.   ___ Reaffirm              ii.  ___ Redeem
      iii. ___ Surrender             iv.  ___ No Statement of Intention Filed
      v.   X   Statement of Intention does not reflect property as filed

Date: 10/1/2009                                        /s/ Joel P. Fonferko
                                                       Counsel for Movant