# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: arodarte | Date Created: 1/11/2010 |
| Case: 09−35920 | Form ID: b18 | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Christopher Kwan | 29 Schoenbeck Road | Wheeling, IL 60090 | |
| tr | Glenn R Heyman, ESQ | Crane Heyman Simon Welch &Clar | 135 S Lasalle Ste 3705 | Chicago, IL 60603 |
| aty | Manny A Aguja | Law Offices of Manny A. Aguja | 3144 West Montrose Avenue | Chicago, IL 60618 |
| 14504756 | American Express | Box 0001 | Los Angeles, CA 90096 | |
| 14504757 | Aurora Loan Services | P.O. Box 78111 | Phoenix, AZ 85062 | |
| 14504758 | Best Buy | Retail Card Services | P.O. Box 17298 | Baltimore, MD 21297 |
| 14504759 | Chase | P.O. Box 15153 | Wilmington, DE 19886 | |
| 14504760 | Citi Bank | P.O. Box 183113 | Columbus, OH 43218 | |
| 14504761 | Citi Mortgage | P.O. Box 183040 | Columbus, OH 43218 | |
| 14504762 | City Of Chicago | Department Of Buildings | 120 N. Racine Ave. | Chicago, IL 60607 |
| 14504763 | Codilis And Associates | 15W030 North Forntage Rd. Ste 100 | Burr Ridge, IL 60527 | |
| 14504764 | Com Co Ins Agency Inc. | 3425 Dempster St., | Skokie, IL 60076 | |
| 14504765 | Cook County Treasurer | P.O. Box 4468 | Caro Lstream, IL 60197 | |
| 14504766 | Greater Chicago Urology | 800 Austin St. | Evanston, IL 60202 | |
| 14504767 | Hauselman, Rappin &Olswang, LTD | 39 S. LaSalle St., | Chicago, IL 60603 | |
| 14504768 | I.C. System, Inc | 444 Highway 96 P.O. Box 64887 | St. Paul, MN 55164 | |
| 14504769 | IndyMac Federal Bank | Home Loan Servicing | P.O. Box 4045 | Kalamazoo, MI 49003 |
| 14504770 | Kohl's | P.O. Box 2983 | Milwaukee, WI 53201 | |
| 14504754 | Kwan Christopher | 29 Schoenbeck Road | Wheeling, IL 60090 | |
| 14504755 | Law Offices of Manny A Aguja | 3144 W Montrose Ave | Chicago, IL 60618 | |
| 14504771 | Northshore Univeristy Health Systems | Hospital Building | 9600 Gross Pint Road | Skokie, IL 60076 |
| 14504772 | Quest Diagnostics | P.O. Box 64804 | Baltimore, MD 21264 | |
| 14504773 | Specialized Loan Servicing LLC | P.O. Box 636005 | Littleton, CO 80163 | |
| 14504774 | Village Of Skokie | 5127 Oakton St., | Skokie, IL 60077 | |
| 14504776 | Washington Mutual | P.O. Box 78148 | Phoenix, AZ 85062 | |
| 14504775 | Washington Mutual | P.O. Box 9001123 | Louisville, KY 40290 | |
| 14504777 | Water Department | Village Of Skokie | P.O. Box 309 | Skokie, IL 60076 |

TOTAL: 27